Waterworks v Blair Wellensiek-Peters Exhibit A

| EXHIBIT A* Transfers | | | |
|---|---|---|---|
| Name of Creditor | Check / Wire ID Number | Disbursement Date | Amount Paid |
| BLAIR WELLENSIEK-PETERS | 208618 | 3/13/2009 | $14,548.49 |
| | | | $14,548.49 |

*Debtors' counsel reserves the right to amend, supplement or otherwise modify this Exhibit from time to time, without limitation